GEORGE HARLEY, Respondent, *v.* THE ELEVENTH WARD BANK, Appellant.

An account stated can only be opened where the party objecting shows clearly that he has been misled by fraud, mistake or manifest error.

(Argued February 10, 1879; decided March 18, 1879.)

THIS action was brought to recover an alleged balance due plaintiff upon his deposit account.

The controversy was as to an item of credit, which appeared in plaintiff's accounts as made out and rendered by defendant; the account had been balanced several times after the appearance of said item therein before it was questioned, and the balances had been acquiesced in by the parties; the item was entered and allowed, and the balances struck, with full knowledge on the part of defendant of all the facts. *Held,* that the accounts as thus rendered and assented to amounted to an account stated, which defendant could not be allowed to open, as it had failed to show that it had been misled; the court stating the rule as above.

*Charles W. Bangs* for appellant.

*Edward Patterson* for respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.